# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kayie Shaune DeVore Wright, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00146-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| United States, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2020 Order.

April 6, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court